STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-1072
consolidated with
CA 03-1068, CA 03-1069, CA 03-1070, CA 03-1072


ANGELO HONORE

VERSUS

PPG INDUSTRIES, INC., OLIN CORPORATION, ARCO CHEMICAL
CORPORATION, LYONDELL CHEMICAL WORLDWIDE, INC., AND
AUGER SREVICES, INC.


**********
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 99-8507
HONORABLE D. KENT SAVOIE, DISTRICT JUDGE
**********
ARTHUR J. PLANCHARD
JUDGE PRO TEMPORE
**********

Court composed of Billie Colombaro Woodard, Elizabeth A. Pickett, and Arthur J.
Planchard, Judges.

AFFIRMED.


Tina Louise Wilson Esq.
Cox, Cox, Filo & Camel
723 Broad Street
Lake Charles, LA 70601
Counsel for Plaintiff/ Appellant:
   Edward Trent, Jr., individually& as
   admin. of the estate Brandon Williams &
   Sandy Ann Jackson Trent, individually

William B. Monk
David L. Morgan
Stockwell, Sievert, Viccellio,
Clements & Shaddock, L.L.P.
PO Box 2900
Lake Charles, LA 70602
Counsel for Defendant/Appellee:
   PPG Industries, Inc.

PLANCHARD, Judge.

For the reasons set forth in the companion case hereto, *Reed, et. al. v. PPG Indus., Inc., et. al.*, 03-1068 (La.App. 3 Cir. __/__/__), ___ So.2d ___, the judgment of the trial court is affirmed.  Costs of this appeal are to be paid by the Appellant.

**AFFIRMED.**